UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 2:26-cv-2814-SPC-KRH

MELISSA SIMS,

Plaintiff,

v.

PIERRE RICHARD A. JEAN, SHERIFF KEVIN RAMBOSK, in his official capacity as Sheriff of Collier County, Florida,

Defendants.

______________________________________/

# NOTICE OF APPEARANCE

**YOU ARE HEREBY NOTIFIED** that the undersigned attorneys do hereby enter their appearance as attorneys of record for the Defendants, PIERRE RICHARD A. JEAN, in his individual capacity, and KEVIN RAMBOSK, the Sheriff of Collier County, Florida in the above-styled cause, and you are hereby requested to furnish the said attorneys with copies of all future motions, orders, etc., in this cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic copy to: **ANTHONY F. SABATINI, ESQ.,** 1601 E. 1st Avenue, Mount Dora, FL 32757 (email: anthony@sabatinilegal.com), this 6th day of November 2026.

***/s/ Andrew W. Jolly***

ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
E-mail: Andrew@purdylaw.com
Cecilia@purdylaw.com

Attorney for *Defendants Jean and Sheriff Rambosk.*